UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| MARK C. STEVENSON | ) | Civ. No. 3:22-cv-00601-JBA |
| *Plaintiff*, | ) | |
| v. | ) | |
| CHRISTINE E. WORMUTH, Secretary of the Army, | ) | |
| *Defendant*. | ) | September 30, 2022 |

**MOTION FOR LEAVE FOR LAW STUDENT INTERN TO APPEAR**

Plaintiff respectfully requests leave for Law Student Intern KATHRYN BUSSEY to appear in this matter on behalf of Plaintiff under the supervision of MICHAEL J. WISHNIE and MEGHAN BROOKS of the Jerome N. Frank Legal Services Organization, subject to the provisions of District of Connecticut Local Rule of Civil Procedure 83.9.

Dated: September 30, 2022

Respectfully submitted,

By: /s/ Meghan E. Brooks

Meghan Brooks, ct31147
Michael J. Wishnie, ct27221
   *Supervising attorneys*
Jerome N. Frank Legal Services Organization
Veterans Legal Services Clinic
P.O. Box 209090
New Haven, CT 06520-9090
(203) 432-4800
meghan.brooks@ylsclinics.org

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK C. STEVENSON | ) | Civ. No. 3:22-cv-00601-JBA |
| *Plaintiff*, | ) | |
| v. | ) | |
| CHRISTINE E. WORMUTH, Secretary of the Army, | ) | |
| *Defendant*. | ) | September 30, 2022 |

**LAW STUDENT INTERN APPEARANCE**

1. <u>Certification of Law Student</u>

    I certify that:

    (a) I, Kathryn Bussey, am enrolled in good standing at Yale Law School, in accordance with this Court's Local Rule 83.9(c)(1);

    (b) I have completed at least two semesters of credit in legal studies; and

    (c) I am neither employed by nor receiving compensation from clients in this case.

Date: 9/30/22

                                                                                    Signature of Kathryn Bussey

2. Consent of Supervising Attorneys

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut and I assume professional responsibility for the work of Kathryn Bussey as a law student intern, that I will assist the student to the extent necessary, and that I will appear with the student in all proceedings before the Court.

Date:   9/30/2022                             /s/ Meghan E. Brooks
                                     Signature of Meghan E. Brooks

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut and I assume professional responsibility for the work of Kathryn Bussey as a law student intern, that I will assist the student to the extent necessary, and that I will appear with the student in all proceedings before the Court.

Date:   9/30/2022                             /s/ Michael J. Wishnie
                                     Signature of Michael J. Wishnie

3. Consent of Client

I hereby consent to the appearance of Kathryn Bussey to provide legal service and appear in court or administrative tribunals in the above captioned matter under the supervision of MICHAEL J. WISHNIE and MEGHAN E. BROOKS.

Date:   9/30/2022                               _____
                                                Signature of Mark Stevenson