UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____
                                    )
MARK C. STEVENSON                   )   Civ. No. 3:22-cv-00601-JBA
                                    )
    *Plaintiff*,                      )
v.                                  )
                                    )
CHRISTINE E. WORMUTH,               )
    Secretary of the Army,           )
                                    )
    *Defendant*.                      )   September 30, 2022
_____ )

## MOTION FOR LEAVE FOR LAW STUDENT INTERN TO APPEAR

Plaintiff respectfully requests leave for Law Student Intern JOSHUA HERMAN to appear in this matter on behalf of Plaintiff under the supervision of MICHAEL J. WISHNIE and MEGHAN BROOKS of the Jerome N. Frank Legal Services Organization, subject to the provisions of District of Connecticut Local Rule of Civil Procedure 83.9.

Dated: September 30, 2022

                Respectfully submitted,

                By: /s/ Meghan E. Brooks

                Meghan Brooks, ct31147
                Michael J. Wishnie, ct27221
                    *Supervising attorneys*
                Jerome N. Frank Legal Services Organization
                Veterans Legal Services Clinic
                P.O. Box 209090
                New Haven, CT 06520-9090
                (203) 432-4800
                meghan.brooks@ylsclinics.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____

MARK C. STEVENSON ) Civ. No. 3:22-cv-00601-JBA

    *Plaintiff*,

v.

CHRISTINE E. WORMUTH,
    Secretary of the Army,

    *Defendant*. ) September 30, 2022
_____

## LAW STUDENT INTERN APPEARANCE

1. <u>Certification of Law Student</u>

    I certify that:

    (a) I, Joshua Herman, am enrolled in good standing at Yale Law School, in accordance with this Court's Local Rule 83.9(c)(1);

    (b) I have completed at least two semesters of credit in legal studies; and

    (c) I am neither employed by nor receiving compensation from clients in this case.

Date: 9/30/22

                                              Signature of Joshua Herman

2. Consent of Supervising Attorneys

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut and I assume professional responsibility for the work of Joshua Herman as a law student intern, that I will assist the student to the extent necessary, and that I will appear with the student in all proceedings before the Court.

Date: 9/30/2022                                 /s/ Meghan E. Brooks
                                              Signature of Meghan E. Brooks

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut and I assume professional responsibility for the work of Joshua Herman as a law student intern, that I will assist the student to the extent necessary, and that I will appear with the student in all proceedings before the Court.

Date: 9/30/2022                                 /s/ Michael J. Wishnie
                                              Signature of Michael J. Wishnie

3. Consent of Client

    I hereby consent to the appearance of Joshua Herman to provide legal service and appear in court or administrative tribunals in the above captioned matter under the supervision of MICHAEL J. WISHNIE and MEGHAN E. BROOKS.

Date:  9/30/2022            *Mark Stevenson*
                                            Signature of Mark Stevenson