# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| MARK C. STEVENSON | ) | Civ. No. 3:22-cv-00601-JBA |
| *Plaintiff*, | ) | |
| v. | ) | |
| CHRISTINE E. WORMUTH, | ) | |
| Secretary of the Army, | ) | |
| *Defendant*. | ) | September 30, 2022 |

## MOTION FOR LEAVE FOR LAW STUDENT INTERN TO APPEAR

Plaintiff respectfully requests leave for Law Student Intern MIRIAM PIERSON to appear in this matter on behalf of Plaintiff under the supervision of MICHAEL J. WISHNIE and MEGHAN BROOKS of the Jerome N. Frank Legal Services Organization, subject to the provisions of District of Connecticut Local Rule of Civil Procedure 83.9.

Dated: September 30, 2022

    Respectfully submitted,

    By: /s/ Meghan E. Brooks

    Meghan Brooks, ct31147
    Michael J. Wishnie, ct27221
        *Supervising attorneys*
    Jerome N. Frank Legal Services Organization
    Veterans Legal Services Clinic
    P.O. Box 209090
    New Haven, CT 06520-9090
    (203) 432-4800
    meghan.brooks@ylsclinics.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK C. STEVENSON | Civ. No. 3:22-cv-00601-JBA |
| *Plaintiff*, | |
| v. | |
| CHRISTINE E. WORMUTH, Secretary of the Army, | |
| *Defendant*. | September 30, 2022 |

## LAW STUDENT INTERN APPEARANCE

1. <u>Certification of Law Student</u>

    I certify that:

    (a) I, Miriam Pierson, am enrolled in good standing at Yale Law School, in accordance with this Court's Local Rule 83.9(c)(1);

    (b) I have completed at least two semesters of credit in legal studies; and

    (c) I am neither employed by nor receiving compensation from clients in this case.

Date: 9/30/22

Signature of Miriam Pierson

2. Consent of Supervising Attorneys

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut and I assume professional responsibility for the work of Miriam Pierson as a law student intern, that I will assist the student to the extent necessary, and that I will appear with the student in all proceedings before the Court.

Date:  9/30/2022                     /s/ Meghan E. Brooks
                                Signature of Meghan E. Brooks


I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut and I assume professional responsibility for the work of Miriam Pierson as a law student intern, that I will assist the student to the extent necessary, and that I will appear with the student in all proceedings before the Court.

Date:  9/30/2022                     /s/ Michael J. Wishnie
                                Signature of Michael J. Wishnie

3. Consent of Client

    I hereby consent to the appearance of Miriam Pierson to provide legal service and appear in court or administrative tribunals in the above captioned matter under the supervision of MICHAEL J. WISHNIE and MEGHAN E. BROOKS.

Date: _9/30/2022_      _____*Mark Stevenson*_____
                                                  Signature of Mark Stevenson