UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| MARK C. STEVENSON | ) | Civ. No. 3:22-cv-00601-JBA |
|  | ) |  |
| *Plaintiff*, | ) |  |
| v. | ) |  |
|  | ) |  |
| CHRISTINE E. WORMUTH, | ) |  |
| Secretary of the Army, | ) |  |
|  | ) |  |
| *Defendant*. | ) | September 30, 2022 |
|  | ) |  |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and D. Conn. L. Civ. R. 56(a), Plaintiff Mark Curtis Stevenson respectfully moves for this Court to enter summary judgment in his favor. The grounds for this motion are set forth in the accompanying Memorandum of Law, filed pursuant to D. Conn. L. Civ. R. 7, and in Plaintiff's accompanying D. Conn. L. Civ. R. 56(a)(1) Statement of Undisputed Material Facts.

Respectfully submitted,

/s/ *Meghan E. Brooks*
Kathryn Bussey, Law Student Intern*
Joshua Herman, Law Student Intern*
Miriam Pierson, Law Student Intern*
Dena Shata, Law Student Intern
Meghan E. Brooks, ct31147
Michael J. Wishnie, ct27221
Jerome N. Frank Legal Services Organization
Veterans Legal Services Clinic
P.O. Box 209090
New Haven, CT 06520-9090
(203) 432-4800
meghan.brooks@ylsclinics.org

*Motion for law student appearance pending.

**Oral argument is respectfully requested pursuant to D. Conn. L. Civ. R. 7(a)(1).**