## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK C. STEVENSON, : | |
| *Plaintiff*, : | |
| : | |
| v. : | No. 3:22-cv-601 (JBA) |
| : | |
| CHRISTINE E. WORMUTH, : | November 15, 2022 |
| Secretary of the Army, : | |
| *Defendant*. : | |

## MOTION FOR REMAND

Defendant Christine Wormuth, Secretary of the Army, respectfully requests that the Court permit the Army to voluntarily remand the claims of plaintiff Mark Stevenson to the Army Board for Correction of Military Records ("ABCMR") so that it can better articulate its rationale regarding three Department of Defense Memoranda, consider (for the first time) the alleged application of Section 504 of the Rehabilitation Act to plaintiff's claims, and consider new evidence plaintiff may wish to submit to the ABCMR. The proposed voluntary remand would enable the ABCMR to fully develop the administrative record. It is defendant's understanding that plaintiff presently does not consent to this motion. A memorandum in support of this motion is attached pursuant to D. Conn. L. Civ. R. 7(a).

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Natalie N. Elicker*
Natalie N. Elicker, ct28458
Assistant United States Attorney
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
E-mail: Natalie.Elicker@usdoj.gov