# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK C. STEVENSON,<br><br>     *Plaintiff*,<br><br>v.<br><br>CHRISTINE E. WORMUTH,<br>     Secretary of the Army,<br><br>     *Defendant*. | )<br>)<br>)<br>) Civ. No. 3:22-cv-00601-JBA<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF MARK C. STEVENSON

1. My name is Mark Curtis Stevenson.

2. I currently live in West Haven, CT and work as Custodian at the Board of Education in Bridgeport, CT.

3. In 2012, I went back to school at Gateway Community College and earned my Associate's Degree in General Science with a certification in drug and alcohol counseling. I have also earned a counselor certification, and certifications as a QPR Gatekeeper for Suicide Prevention, in Nonviolent Crisis Intervention, and in First Aid CPR.

4. I have helped hundreds of Connecticut residents recover from Substance Use Disorder, first as a Substance Abuse Technician at APT Foundation, and later as a Substance Abuse Counselor at Crossroads, Inc. However, due to my full-time job, I am not able to spend as much time working at Crossroads as I would like to.

5. Through my counseling work, I see a lot of veterans who are struggling with substance abuse issues or are homeless.

1

6. Working with veterans is my way of making my military service mean something and redeeming the hurt I caused my family and the military as a young man. I don't want anyone to suffer like I did.

7. I feel solidarity with veterans because I have been through what they are going through. I know they have an easier time relating to me, because I am also a veteran who has been homeless. In my experience, clients are more willing to open up to you if you can tell them you have been where they are.

8. A lot of veterans with Substance Use Disorder are not aware of what help is available to them. The hardest part is getting their trust and getting them to go to a treatment facility.

9. I could help more veterans if I could work full-time at the Veterans Administration. I have seen postings for Peer Specialist or Counselor positions at the VA that I want to apply for. Peer Specialists work directly with individual veterans with Substance Use Disorder to teach them life skills and help them integrate into their community.

10. I saw one posting for a Peer Specialist in the last few months that I was qualified for, but I was ineligible because of my discharge status. This is heartbreaking for me because working with veterans is my passion and life's mission.

11. This is not the first time my discharge status has prevented me from finding work at the VA. I once went to the VA to inquire about a position, and the VA employee asked to see my DD-214, which shows my discharge status. Once he saw it, he told me I would not get a job at the VA unless I can get a discharge upgrade.

12. I feel as though my career is stagnant because of my discharge status. Employers will ask if I have a military background and then check my DD-214. There is a lot of stigma associated with my discharge status and the narrative reason for discharge.

13. My discharge status means I am ineligible for many VA benefits. To give just one example, I could have used a VA loan when buying a house, but I was not eligible.

14. I am isolated from my local community of veterans because of my discharge status. I want to join the local branch of Veterans of Foreign Wars, but I am ineligible.

15. Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 12·4·22
West Haven, CT

                                                  Respectfully submitted

                                                  *Mark C. Stevenson*
                                                  Mark C. Stevenson