UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| MARK S. STEVENSON, | ) | Civ. No. 3:22-cv-00601-JBA |
| *Plaintiff*, | ) | |
| v. | ) | |
| CHRISTINE E. WORMUTH,<br>Secretary of the Army, | ) | April 12, 2023 |
| *Defendant*. | ) | |

**<u>CONSENT MOTION TO RESCHEDULE ORAL ARGUMENT</u>**

Plaintiff Mark C. Stevenson respectfully requests, with Defendant's consent, that this Court reschedule oral argument on Defendant's Motion for Remand, ECF No. 29, from the April 27, 2023 date the Court set in its recent order, ECF No. 37. The attorneys representing Mr. Stevenson, Meghan Brooks and Michael Wishnie, will be traveling out of state from April 26 through May 1, and will therefore be unable to attend oral argument and supervise the law student intern who would argue on Mr. Stevenson's behalf.

Counsel for the parties have conferred and determined that one or both parties have unavoidable conflicts, including pre-planned travel, on the following dates and times:

- April 26 – May 2
- May 4, after 12 pm EDT
- May 9, after 12 pm EDT
- May 16, after 12 pm EDT
- May 19
- May 22
- June 7, before 11 am EDT
- June 14 – 16

Plaintiff respectfully requests, with Defendant's consent, that oral argument be scheduled prior to May 29, if possible, to permit law student intern participation in oral argument given the academic calendar.

The Parties are available for a phone conference to discuss rescheduling, if more convenient for the Court.

Respectfully submitted,

<u>/s/ Meghan E. Brooks</u>
Jun Luke Foster, Law Student Intern*
Miriam Pierson, Law Student Intern
Areeb Siddiqui, Law Student Intern*
Meghan E. Brooks, ct31147
Michael J. Wishnie, ct27221
Jerome N. Frank Legal Services Organization
Veterans Legal Services Clinic
P.O. Box 209090
New Haven, CT 06520-9090
(203) 432-4800
meghan.brooks@ylsclinics.org

* Motion for law student intern appearances forthcoming.