UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK STEVENSON,<br><br>*Plaintiff*,<br><br>v.<br><br>CHRISTINE E. WORMUTH, in her official capacity as Secretary of the Army<br><br>*Defendant.* | Civil Action No. 3:22-cv-601<br><br>October 11, 2023 |

## JOINT STATUS REPORT

On June 3, 2023, the Court remanded Plaintiff's application for a discharge upgrade to the Army Board for Correction of Medical Records' ("ABCMR"), ordered Plaintiff to submit materials to the ABCMR within 30 days of the ruling, and ordered that the ABCMR issue its decision within 90 days of receiving Plaintiff's materials. ECF 42. The Court further ordered the parties to file a status report within 14 days of the agency decision advising whether Plaintiff will proceed with suit or whether the dispute has been resolved.

On September 30, 2023, Plaintiff received a copy of the ABCMR's decision, which recommended that his Characterization of Service be corrected to Honorable and that the Narrative Reason for Separation be corrected to Minor Misconduct.

As such, the Parties jointly advise the Court that the dispute has been resolved. Upon dismissal of this action, Plaintiff reserves the right to seek attorneys' fees.

Dated:    October 11, 2023

Respectfully submitted,

For Plaintiff,

/s/ Natalia Friedlander
Natalia Friedlander, ct31510
Michael J. Wishnie, ct27221
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
Tel: (203) 432-4800
Fax: (203) 432-1426
natalia.friedlander@ylsclinics.org

For Defendant,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

/s/ Natalie N. Elicker
Natalie Elicker (ct28458)
Assistant U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: (203) 821-3700
Fax: (203) 773-5373
Natalie.Elicker@usdoj.gov